**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| Y.A.V-A., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1265-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on October 8, 2026 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.[1]

**SO ORDERED**, this 5th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

[1] On October 15, 2026, the Court ordered Petitioner's counsel in case number 4:26 cv-571-CDL-AGH to respond and explain how Petitioner wished to proceed in both actions (ECF No. 4). On October 29, 2026, Counsel filed a response explaining that Petitioner intends to maintain both actions. Response, Case No. 4:26-cv-571-CDL-AGH, ECF No. 45. In light of this, Respondents are not required to address any issues brought in the instant petition that overlap with Petitioner's arguments in case number 4:26 cv-571-CDL-AGH.